AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| | Case Number: 8:99-cr-45-T-24TGW |
| EARL D. HUNTER | USM Number: 38284-018 |
| | Mary Mills, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers _One, Two, Three, Four, Five, Six, Eight, Ten and Eleven_ of the term of supervision.

__X__ was found in violation of charge number _Nine_ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Positive urinalysis for Marijuana on June 5, 2008 in violation of Condition 7 of the Standard Conditions of Supervision. | June 5, 2008 |
| 2. | Positive urinalysis for Marijuana on June 23, 2008 in violation of Condition 7 of the Standard Conditions of Supervision. | June 23, 2008 |
| 3. | Positive urinalysis for Marijuana on July 25, 2008 in violation of Condition 7 of the Standard Conditions of Supervision. | July 25, 2008 |
| 4. | Positive urinalysis for Marijuana on July 28, 2008 in violation of Condition 7 of the Standard Conditions of Supervision. | July 28, 2008 |
| 5. | Positive urinalysis for Marijuana on September 15, 2008 in violation of Condition 7 of the Standard Conditions of Supervision. | September 15, 2008 |
| 6. | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition. | September 22, 2008 |

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
continuation of Sheet 1

Judgment - Page __2__ of __5__

DEFENDANT: EARL D. HUNTER
CASE NUMBER: 8:99-cr-45-T-24TGW

| | | |
|---|---|---|
| 8. | Positive urinalysis for Marijuana on December 1, 2008, in violation of Condition 7 of the Standard Conditions of Supervision. | December 1, 2008 |
| 9. | Positive urinalysis for Cocaine on December 1, 2008 in violation of Condition 7 of the Standard Conditions of Supervision. | December 1, 2008 |
| 10. | Positive urinalysis for Marijuana on December 9, 2008 in violation of Conditions 7 of the Standard Conditions of Supervision. | December 9, 2008 |
| 11. | Failure to complete Community Service In violation of the Special Conditions | November 3, 2008 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 3 through _5_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Charge number Seven is withdrawn by the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 6, 2009
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

January 6, 2009
Date

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page __3__ of __5__

DEFENDANT: EARL D. HUNTER
CASE NUMBER: 8:99-cr-45-T-24TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOURTEEN (14) Months.**

\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

　　\_\_\_\_ at _____ a.m.   p.m.  on _____.

　　\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　\_\_\_\_ before 2 p.m. on _____.

　　\_\_\_\_ as notified by the United States Marshal.

　　\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　By　_____
　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL

Defendant: EARL D. HUNTER  Judgment - Page 4 of 5
Case No.: 8:99-cr-45-T24TGW

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of *TWENTY FOUR (24) Months.*

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

X    The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing not to exceed 104 tests per year.

X    The defendant shall reside at the Residential Reentry Center (RRC) for a period of Six (6) Months and shall observe he rules of that facility. While at the center, you shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instructions regarding the implementation of this Court directive. Further, you shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be responsibility of the offender.